Todd E. Zenger (5238)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 212-2104
Email: tzenger@kmclaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-24, <br><br> Defendants. | Civil Action No. 2:16-CV-01279-DBP <br><br> Magistrate Judge Dustin B. Pead <br><br> ORDER |

Upon ex parte motion of Plaintiff, upon consideration of the points and authorities and for good cause shown:

**IT IS ORDERED:**

Plaintiff's ex parte motion for leave to seek expedited discovery (ECF No. 5) is granted. Plaintiff may immediately pursue discovery of the identified Internet Service Providers and other Internet Service Providers working with the identified Internet Service Providers to obtain identifying and contact information for the Doe Defendants identified by the IP addresses listed in Exhibit B to the motion (ECF No. 5). This order does not preclude subpoena recipients from challenging the merits of a subpoena.

DATED this 12th day of January, 2017.

_____
DUSTIN B. PEAD
UNITED STATES MAGISTRATE JUDGE